

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Leon Eugene Miller DEFENDANT(S). | CASE NUMBER ED MJ- 12- 00111 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _April 13_, _2012_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable OSWALD PARADA, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _04-12-12_

_____
U.S. District Judge/Magistrate Judge